

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2024

No. 04-23-00433-CR

**EX PARTE** Edwin **OLIVA-GOMEZ**

From the County Court, Kinney County, Texas
Trial Court No. 12467CR
Honorable Susan D. Reed, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we **DISMISS** Edwin Oliva-Gomez's appeal of the denial of his application for pretrial writ of habeas corpus for want of jurisdiction. We further consider Oliva-Gomez's appeal as a petition for writ of mandamus and **DENY** his request for mandamus relief **WITHOUT PREJUDICE**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 3, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July 3, 2024.

_____
Luz Estrada, Chief Deputy Clerk